IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 19 PM 2:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T. MEMPHIS

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

vs.                              No. 05-2671 BP

CHARLOTTE WALKER and
LUCIE WALKER, as next of friend of
KOLE KING, a minor,

    Defendants.

**ORDER GRANTING MOTION TO EXTENSION OF TIME**

Defendant, Charlotte Walker's, motion came to be considered before this Honorable Court and from all of which it appears to the Court that the motion should be granted.

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that Defendant shall have thirty (30) days from the date of entry of his order to file an Answer or other responsive pleading.

_____
Judge

October 19, 2005
Date

Approved as to Form:

_____
Felicia Corbin Johnson, 18601
Attorney for Defendant, Charlotte Walker
2736 Warford, Suite 102
Memphis, TN 38128
(901) 354-0456  (901) 354-0454 (fax)

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05

_[signature] John J. Heflin w/ permission KPJ_
John J. Heflin, III, 6142
Kenneth P. Jones 16168
Attorneys for Plaintiff
5400 Poplar, Suite 100
Memphis, TN 38119
(901) 683-3526

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02671 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Felicia Izzard Corbin
LAW OFFICE OF FELICIA CORBIN
2736 Warford Ave.
Ste. 102
Memphis, TN 38128

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT