IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | No. 05-2671 BP |
| CHARLOTTE WALKER and LUCIE WALKER, as next friend of KOLE KING, a minor, | |
| Defendants. | |

## ORDER APPOINTING GUARDIAN AD LITEM FOR KOLE KING, A MINOR

The written joint motion of Plaintiff Metropolitan Life Insurance Company and Defendant Charlotte Walker for the appointment of a guardian ad litem for Defendant Kole King, a minor, was considered by the Court following a status conference held by United States Magistrate Judge Tu M. Pham on December 8, 2005. It appears to the Court that a guardian ad litem should be appointed for Kole King, a minor, the fees for whom should be a charge against the insurance proceeds which Plaintiff seeks to interplead in a manner to be determined by the Court at a later time.

Accordingly, pursuant to Rule 17(c) of the Federal Rules of Civil Procedure, the Court hereby appoints James B. Fisher, Jr. to serve as the guardian ad litem of the Defendant Kole King, a minor, in this action. Plaintiff's counsel is directed promptly to serve by mail or otherwise a copy of the (1) Complaint of Interpleader; (2) Notice of Filing; and (3) Answer of Charlotte Walker, upon the guardian ad litem, who is afforded thirty (30) days from receipt of these pleadings



to respond to the Complaint on behalf of Defendant Kole King, a minor, or seek additional time to do so.

Dated this 21 day of December, 2005.

*[Signature]*
~~J. Daniel Breen~~, United States ~~District~~ Judge
Tu M. Phan        Magistrate

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02671 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Felicia Corbin Johnson
LAW OFFICE OF FELICIA CORBIN
2736 Warford Ave.
Ste. 102
Memphis, TN 38128

James B. Fisher
LAW OFFICE OF JAMES B. FISHER, JR.
655 Riverside Dr.
Ste. E- First Floor
Memphis, TN 37103

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Felicia Corbin Johnson
LAW OFFICE OF FELICIA CORBIN
2736 Warford Ave.
Ste. 102
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT